**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Jose ARMENTA–ALCANTAR,**
**Defendant–Appellant.**

**No. 07–10279.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed July 31, 2008.

Claire Kiehl Lefkowitz, Esq., USTU–Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Esq., Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jose Armenta–Alcantar appeals from the 60–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Armenta–Alcantar contends that the government's refusal to move for an additional one level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b) is arbitrary and amounts to vindictive prosecution. The government's stated reason for not filing the motion was Armenta–Alcantar's refusal to plead pursuant to a fast-track plea agreement. The government's decision is not based on an unconstitutional motive, nor does it amount to arbitrary government action. *See United States v. Espinoza–Cano*, 456 F.3d 1126, 1138 (9th Cir.2006) (finding nothing improper about the government providing an incentive to plea bargain).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

